Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1519
(Interference No. 105,422)

MARTIN GOLDBERG, MARTIN DIGGELMAN, EARL HUBBELL,
GLENN MCGALL, NAM QUOC NGO, MACDONALD MORRIS,
MEL YAMAMOTO, JENNIFER TAN, and RICHARD P. RAVA,

Appellants,

v.

JAY K. BASS, JOHN F. MCENTEE, TIM J. LAZARUK,
MARYAM MOBED-MIREMADI, and BRENT T. TOLOSKO,

Appellees.

Sandra E. Wells, Affymetrix, Inc., of, Santa Clara, California, argued for appellants. On the brief were Oliver R. Ashe, Jr., and Azadeh S. Kokabi, ASHE, P.C., of Reston, Virginia. Of counsel was Stephen C. Holmes, Affymetrix, Inc, of Emeryville, California.

Steven B. Kelber, Jagtiani + Guttag, of Fairfax, Virginia, argued for appellees.

Appealed from: United States Patent and Trademark Office
Board of Patent Appeals and Interferences

Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1519
(Interference No. 105,422)

MARTIN GOLDBERG, MARTIN DIGGELMAN, EARL HUBBELL,
GLENN MCGALL, NAM QUOC NGO, MACDONALD MORRIS,
MEL YAMAMOTO, JENNIFER TAN, and RICHARD P. RAVA,

Appellants,

v.

JAY K. BASS, JOHN F. MCENTEE, TIM J. LAZARUK,
MARYAM MOBED-MIREMADI, and BRENT T. TOLOSKO,

Appellees.

# Judgment

ON APPEAL from the     United States Patent and Trademark Office
                       Board of Patent Appeals and Interferences

in CASE NO(S).         105,422

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, LOURIE, and LINN, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  July 15, 2008          /s/ Jan Horbaly
                              Jan Horbaly, Clerk